AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

JAMES FRANKLIN SMITH

**FILED**

MAR 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WARRANT FOR ARREST

CASE NUMBER: 07 - 073 - M - 01.

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **JAMES FRANKLIN SMITH** _____
                                                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly combine, conspire, confederate and agree together to commit money laundering under Title 18, United
States Code, Section 1956.

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1956(h) _____ .

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_____ Signature of Issuing Officer _____

ALAN KAY
U.S. MAGISTRATE JUDGE

Title of Issuing Officer     District of Columbia

FEB 2 8 2007

Date and Location

Bail fixed at $ _____     by _____
                                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| **DATE RECEIVED** 3-2-07 | **NAME AND TITLE OF ARRESTING OFFICER** | **SIGNATURE OF ARRESTING OFFICER** |
| **DATE OF ARREST** | | |