Case No. 07-73M

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

United States of America
v.
James Smith
Defendant's name

## YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X]
- **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- [ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.
- [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- [ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

### YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

[ ] 1) **SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000

FILED MAR 02 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[X] 2) **YOU ARE TO REPORT** — [X] weekly [ ] in person [X] by phone TO [X] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000. [ ] Your attorney

[X] 3) **YOU ARE TO LIVE** — [X] at Above Address

[ ] 4a) **YOU ARE TO WORK** — by obtaining a job / by maintaining your job

[ ] 4b) **YOU ARE TO STUDY** — by enrolling in school / by maintaining student status

[X] 5) **YOU ARE TO STAY** — [ ] away from the complaining witness. 50 mile radius — [X] Within the D.C. area. Unless permitted by the court.

[X] 6) **NARCOTICS** Report to D.C. Superior Court, 500 Indiana Ave.

[ ] 7) **OTHER CONDITION** Room C-220, for drug eval/placement "Vacated"

[X] 8) **REARREST** — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at HWOB

**NEXT DUE BACK:** in Courtroom #6 at 1:45 AM on 3/9/07

**YOUR ATTORNEY:** Thomas Abbenante, 919 Penn. Ave. NW #200, 202-223-6539

**DEFENDANT'S SIGNATURE:** James J Smith
**WITNESSED BY:** VMW (title and agency) DCPSA

Date 3/2/07

**SO ORDERED** — Signature of Judge (John M. Facciola)

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT